EDA

**FILED**
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1011**

In the Matter of                                   Case Number:

WILLIAM E. DUGAN, et al.
    v.
MAHONEY & ASSOCIATES, L.L.C., an Illinois limited
liability company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM E. DUGAN, et al., Plaintiffs herein

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
| --- |
| Catherine M. Chapman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Catherine M. Chapman |
| FIRM |
| Baum Sigman Auerbach & Neuman, Ltd. |
| STREET ADDRESS |
| 200 W. Adams Street, Suite 2200 |
| CITY/STATE/ZIP |
| Chicago, IL 60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6204026 | 312/236-4316 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |