IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 08 C 1011 |
| vs. | ) |
| | ) JUDGE ROBERT W. GETTLEMAN |
| MAHONEY & ASSOCIATES, LLC, | ) |
| | ) MAGISTRATE MARTIN C. ASHMAN |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   Mr. Clinton Mahoney
10809 Chaucer Drive
Willow Springs, IL   60480-1148

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **24th** day of **June 2008** at **9:15 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Robert W. Gettleman, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1703, 219 South Dearborn Street, Chicago, IL, and then and there present **Motion for Service by Special Order of Court**.  A copy of said Motion is hereby served upon you.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com
I:\MOEJ\Mahoney & Associates\notice of motion.cmc.mgp.wpd

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document, **Notice of Motion**, with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 18th day of June 2008:

Mr. Clinton Mahoney
10809 Chaucer Drive
Willow Springs, IL   60480-1148

                /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com
I:\MOEJ\Mahoney & Associates\notice of motion.cmc.mgp.wpd