IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1011 |
| | ) | |
| MAHONEY & ASSOCIATES, LLC, | ) | JUDGE ROBERT W. GETTLEMAN |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND
FOR AN ORDER DIRECTING AN AUDIT**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of MAHONEY & ASSOCIATES, LLC, an Illinois limited liability company, Defendant herein, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiffs' claims.

On July 8, 2008, the Summons and Complaint was served on the Registered Agent, Clinton Mahoney (by tendering a copy of said documents to his spouse) at his residence (a copy of the Notice of Filing and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 28, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Catherine M. Chapman

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of August 2008:

        Mr. Clinton Mahoney, Registered Agent/Manager
        Mahoney & Associates, LLC
        10809 Chaucer Drive
        Willow Springs, IL   60480-1148


        /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\MOEJ\Mahoney & Associates\motion-default and audit.cmc.df.wpd