IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1011 |
| | ) | |
| MAHONEY & ASSOCIATES, LLC, | ) | JUDGE ROBERT W. GETTLEMAN |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Mr. Clinton Mahoney, Registered Agent/Manager
     Mahoney & Associates, LLC
     10809 Chaucer Drive
     Willow Springs, IL   60480-1148

YOU ARE HEREBY NOTIFIED that on Tuesday, the 19th day of August 2008, counsel for the Plaintiffs, WILLIAM E. DUGAN, *et al.*, filed with the Clerk of the United States District Court for the Northern District of Illinois an Affidavit of Service.  A copy of said document is hereby served upon you.

/s/   Catherine M. Chapman

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Filing) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of August 2008:

> Mr. Clinton Mahoney, Registered Agent/Manager
> Mahoney & Associates, LLC
> 10809 Chaucer Drive
> Willow Springs, IL   60480-1148


/s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\MOEJ\Mahoney & Associates\notice of filing (affidavit of service).cmc.df.wpd