## AFFIDAVIT OF SERVICE

    I, MICHAEL MURPHY, being first duly sworn on oath, depose and state that I am at least 18 years of age. On July 7, 2008, I served the Summons and Complaint in the matter between William E. Dugan, *et al.* v. Mahoney & Associates, LLC, on Defendant's Registered Agent, Clinton Mahoney, by service upon a woman at his home at 10809 Chaucer Drive, Willow Springs, Illinois 60480-1148. Upon information and belief, the person served was Mr. Mahoney's wife. The description of the person served follows: female, 5'7", medium build, Caucasian, approximately 35 years old.

    The undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Date: 8/8/08

                                                            Michael Murphy

Subscribed and Sworn to before
me this ____ day of July, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NANCY AMABILE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/21/09

I:\MOEJ\Mahoney & Associates\affid.of.service.murphy 07-21-08.cmc.kp.wpd