IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 1011 |
| | ) | |
| MAHONEY & ASSOCIATES, LLC, | ) | JUDGE ROBERT W. GETTLEMAN |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Mr. Clinton Mahoney, Registered Agent/Manager
Mahoney & Associates, LLC
10809 Chaucer Drive
Willow Springs, IL   60480-1148

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **2nd** day of **September 2008**, at **9:15 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Robert W. Gettleman, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1703, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing an Audit.  A copy of said motion is hereby served upon you.

/s/   Catherine M. Chapman

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of August 2008:

    Mr. Clinton Mahoney, Registered Agent/Manager
    Mahoney & Associates, LLC
    10809 Chaucer Drive
    Willow Springs, IL   60480-1148


      /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\MOEJ\Mahoney & Associates\notice of motion-default and audit.cmc.df.wpd