Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1011 | DATE | 9/2/2008 |
| CASE TITLE | William E. Dugan, et al   vs   Mahoney & Associates, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [12] for entry of default and for an order directing an audit is granted. Status hearing is set for 11/19/2008, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:05

| | | Courtroom Deputy | GDS |
|---|---|---|---|